FILED
 2010 Oct-05  PM 02:47
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **CLARA PEARCE,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| vs. | )Case No. 7:09-CV-1871-VEH |
| | ) |
| **FRANKLIN COLLECTION SERVICE, INC.,** | ) |
| | ) |
| **Defendant** | ) |

## MEMORANDUM OPINION

On August 15, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge. Accordingly, the court finds and concludes that defendant's motion for summary judgment is due to be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this the 5th day of October, 2010.

**VIRGINIA EMERSON HOPKINS**
United States District Judge